**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 3:23-cv-00351 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| Q S Jordan Discount, Inc., et al. | : | |
| Defendant. | : | |

---

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants Q S Jordan Discount, Inc. and Qusai Al Thenat are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered Defendants, Defendants Q S Jordan Discount, Inc. and Qusai Al Thenat on this 19th day of March 2024.

Sophia R. Bryant Deputy Clerk

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO